THORP REED & ARMSTRONG

Jerri Ryan Kent
Direct Dial 412 394 7765
Email: jkent@thorpreed.com

ATTORNEYS AT LAW SINCE 1895

**VIA CERTIFIED MAIL –
RETURN RECEIPT REQUESTED
(both addressees)**

April 7, 2006

Chase Cardmember Services
P.O. Box 15548
Wilmington, Delaware 19886-5548

Chase Account Inquiries
P.O. Box 15298
Wilmington, Delaware 19850-5298

Re: Request for documents and information pertaining to account numbers 4246 1520 0491 4813/Dispute of bills

Dear Sir or Ma'am:

Please be advised that this law firm has been retained by Mr. Francis H. Azur to aid in the investigation of the fraudulent use of the credit cards issued by your company in the name of Mr. Azur and carrying the account number 4246 1520 0491 4813.

At the bottom of this letter is Mr. Azur's signed, written request and consent, which specifically permits your company to communicate with me about the above-referenced account and to disclose requested documents and information to me.

I am requesting on behalf of Mr. Azur that you immediately forward to me the following:

1. Copies of all statements from the inception of this account to the present;

2. Copies of all documents related to the how this account was opened;

3. Copies of all correspondence exchanged between you and Mr. Azur or anyone purporting to act on Mr. Azur's behalf;

4. Copies of all documentation related to any fraud alerts or suspected suspicious activity regarding this account; and

5. Copies of all documents evidencing communications (verbal or otherwise) between you and Mr. Azur or anyone purporting to act on Mr. Azur's behalf.

*Pittsburgh*

*Philadelphia*

*Princeton*

*Wheeling*

Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
412 394 7711
412 394 2555 Fax

00698615.DOC








If the above-referenced account number is the successor to a previous account number, please provide the above-referenced documentation/information for any and all related account numbers.

Please be advised that at the request of Mr. Azur, this law firm also is currently working with federal authorities who are likewise investigating this fraud. To facilitate the investigation of this matter, it is imperative that we receive the requested documents as soon as possible.

Under the circumstances, we do not believe there will be any fee charged by you to Mr. Azur; however, if you are requesting payment for this information, kindly contact us in advance with your request.

It is my understanding that as a result of Mr. Azur's previous notification to you of fraud, the above-referenced account is no longer active. If this is not the case, immediately close this account.

Also, please be advised that Mr. Azur is formally disputing that he is responsible for the payment of any unpaid charges and accompanying finance charges on this account. Mr. Azur did not make, and did not authorize, those charges; Mr. Azur also did not receive any benefit from those charges. Those charges, like many or all of the previously paid charges, are the result of fraud.

Thank you very much for your time and cooperation in this matter. Please feel free to contact me if you should have any questions.

Sincerely,

Jerri Ryan Kent

JRK/mg






---

**REQUEST AND CONSENT FOR**
**RELEASE OF DOCUMENTATION AND INFORMATION**

I, Francis H. Azur, hereby request and consent to Chase communicating with Kurt A. Miller, Esq. and/or Jerri Ryan Kent, Esq. of the law firm of Thorp Reed & Armstrong, LLP regarding the credit card issued in my name by Chase and carrying account number 4246 1520 0491 4813 (as well as any related accounts). I likewise request and consent to the disclosure of requested documents and information by Chase to my above-named attorneys.

I can be reached at 800-777-8759 should you need to speak with me in person about this request and consent.

Dated: 4-7-06

[signature]
Francis H. Azur